UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:20-cv-21952-RNS-SCOLA/TORRES

TERRY WHITE and CHRIS PERKINS,
Derivatively on Behalf of Nominal Defendant
DYCOM INDUSTRIES, INC.,

    Plaintiffs,
v.

STEVEN E. NIELSEN, *et al.*,

    Defendants,
and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

## NOTICE OF RELATED ACTIONS AND UNOPPOSED MOTION TO TRANSFER

Plaintiffs Terry White and Chris Perkins, derivatively on behalf of Dycom Industries, Inc. ("Dycom") or the "Company hereby gives notice to the Court of related actions pursuant to Local Rule 3.8 and move this Honorable Court to transfer the above-captioned action to the Honorable Raaj Singhal.  In support, the parties state:

The above-captioned shareholder derivative action is related to three (3) previously filed actions pending before the Honorable Raag Singhal :

> *Tung v. Dycom Industries, Inc., et al.*, Case No.: 18-cv-81448-RLR-Singal/Matthewman ("*Tung* Action");
>
> *Possick v. Dycom Industries, Inc., et al.*, Case No.: 18-cv-81480-RLR-Singal /Matthewman ("*Possick* Action"); and
>
> *Nixon-Crenshaw Derivatively on behalf of Dycom Industries, Inc. v. Stephen Coley et al.*, Case No.: 18-cv-25289-RLR-Singal /Matthewman ("*Nixon-Crenshaw* Action").

Each lawsuit challenges certain specific statements made by Dycom and certain of its officers regarding the Company's financial and operating results. On January 10, 2019, Judge Rosenberg granted motions filed in *Tung* Action and consolidated the *Tung* Action and *Possick* Action (two securities class actions) under the *Tung* Action case number and docket pursuant to the Private Securities Litigation and Reform Act ("PSLRA"). *See Tung v. Dycom Industries Inc., et al.*, Case No.: 18-cv-81448-RLR-Rosenberg/Reinhart at D.E. 5-10 and D.E. 28. The Tung matter was subsequently reassigned to The Honorable Rodofo Ruiz on May 6, 2019 and again reassigned to The Honorable Raag Singhal on January 20, 2020. The *Nixon Crenshaw* Action was transferred on May 28, 2020 to The Honorabel Raag Singhal because it was related to the *Tung* Action. Plaintiff in the *Nixon Crenshaw* Action filed an unopposed motion to stay that action with leave for either party to move to lift the stay. Pending the consolidation of this matter counsel will be filing an motion to lift the stay in the *Nixon Crenshaw* Action.

The Plaintiff requests that the Court reassign the above captioned derivative action to the Honorable Raag Singhal where the previously mentioned actions are all pending. The Plaintiff respectfully submit that the reassignment of this action to Judge Singhal will conserve judicial resources, promote the efficient administration of justice and prevent piecemeal adjudication and potentially inconsistent results. The Plaintiff further recognize that pursuant to the Court's Internal Operating Procedure 2.15.00(c), that Judge Singhal must consent to this transfer.

**LOCAL RULE 7.1.A.3 CERTIFICATION**

In accordance with S.D. Fla. L.R. 7.1(A)(3), the undersigned certifies that he has conferred with counsel for the Defendant, Joanne M. O'Connor and that Defense counsel has no objection to the relief sought herein.

**WHEREFORE**, having given notice of related actions, the Plaintiff moves the Court for the Entry of an Order transferring said action with consent of Judge Singhal.

Dated this 29^(TH) day of May 2020.

**LAW OFFICES OF SCOTT EGLESTON, PA**
*Attorneys for Plaintiff*
152 N.E.167th Street, Suite 300
Miami, FL 33162
Tel: (305) 892-8088
Fax: (305) 675-3730

By: __/s/Scott D. Egleston_____
    **Scott D. Egleston, Esq. (FBN 883425)**
scott@eglestonlegal.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29^(TH) day of May 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SCOTT D. EGLESTON, P.A**.
*Attorney for Plaintiffs*
152 N.E. 167th Street, Suite 300
Miami, FL 33162
Phone: 305-892-8088

By ____/s/Scott D. Egleston_____
    **Scott D. Egleston, P.A.**
    **Florida Bar No. 883425**
    scott@eglestonlegal.com

4

*TERRY WHITE and CHRIS PERKINS v. NIELSEN/DYCOM*
**CASE NO: 1:20-cv-21952-RNS-SCOLA/TORRES**

### SERVICE LIST

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston, Esq.
Benjamin I. Sachs-Michaels, Esq.
712 Fifth Avenue
New York, NY 10019
Tel: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

Robert V. Prongay, Esq.
Pavithra Rajesh, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
E-mail: rprongay@glancylaw.com

*Attorneys for Plaintiff*

**JONES FOSTER JOHNSTON & STUBBS, PA**
Scott G. Hawkins, Esq.
Joanne M. O'Connor, Esq.
505 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401
Tel: (561) 659-3000
Fax: (561) 650-5300
Email: shawkins@jonesfoster.com
Email: joconnor@jonesfoster.com

*Attorneys for Defendants and Nominal Defendant*